**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MARGIE BLOOM, ADMINISTRATOR FOR DARON RHASHAWN TROLLINGER, | : | No. 255 MAL 2018 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| SILVER STREET DEVELOPMENT CORPORATION, EDWARDSVILLE APARTMENTS LIMITED PARTNERSHIP, EDWARDSVILLE DEVELOPMENT, LLC, EDWARDSVILLE APARTMENTS MANAGEMENT, LLC AND EAGLE RIDGE APARTMENTS, INC., | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 15th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.